IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

RICKY VINCENT PENDLETON,

     Plaintiff,

v.          CIVIL ACTION NO. 2:21-cv-00249

DONNIE AMES, et al.,

     Defendants.

## ORDER

  This action was referred to United States Magistrate Judge Dwane L. Tinsley for submission of proposed findings of fact and recommendations for disposition pursuant to 28 U.S.C. § 636(b)(1)(B). On March 18, 2022, Magistrate Judge Tinsley submitted his Proposed Findings & Recommendations [ECF No. 20] ("PF&R") and recommended that the court deny Plaintiff's Motions for Default Judgment [ECF No. 18] and leave this matter referred to Magistrate Judge Tinsley for additional proceedings. Neither party timely filed objections to the PF&R nor sought an extension of time.

  A district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). This court is not, however, required to review, under a de novo or any other standard, the factual or legal conclusions of the magistrate judge

as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985).

Because the parties have not filed objections in this case, the court adopts and incorporates herein the PF&R and orders judgment consistent therewith. Plaintiff's Motion for Default Judgment [ECF No. 18] is **DENIED** and this matter remains referred to Magistrate Judge Tinsley for additional proceedings.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 11, 2022

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2